UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| TYLER CANDLE COMPANY, L.L.C., § § Plaintiff, § § v. § § R&W COMPANY, L.L.C., a Texas limited § limited liability company, and § CHRISTOPHER WHITLEY, a natural § person. § | C.A. NO: DEMAND FOR JURY TRIAL |

**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Tyler Candle Company, L.L.C., by and through it counsel of record, gives notice that it does not have a parent corporation and no publicly held corporation owns 10% or more of the stock of Tyler Candle Company, L.L.C.

Dated: October 3, 2024           Respectfully submitted,

/s/ Daniel V. Thompson
Texas State Bar No. 19909200
dt@dfwpatent.com
THE LAW OFFICE OF DANIEL V. THOMPSON, P.C.
11817 Judd Court, Suite 103
Dallas, TX 75243
Telephone: (972) 479-0900